# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOHN STAFFORD, et al.,

       Plaintiffs,      :      Case No. 3:12-cv-050

                                      District Judge Thomas M. Rose
  -vs-                               Magistrate Judge Michael R. Merz
                              :

JEWELERS MUTUAL INSURANCE
 COMPANY,

       Defendant.      :

## ORDER WITHDRAWING REFERENCE OF MOTION FOR JUDGMENT ON THE PLEADINGS

In the interest of judicial economy, Preliminary Pretrial Conference Order (Doc. No. 7) is amended to withdraw the reference of the pending Motion for Judgment on the Pleadings (Doc. No. 13) from Magistrate Judge Merz.

September 11, 2012.                                                  *s/THOMAS M. ROSE

                                                                        Thomas M. Rose
                                                       United States District Judge