# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOHN STAFFORD, et al.,

      Plaintiffs,    :    Case No. 3:12-cv-050

                                  District Judge Thomas M. Rose
  -vs-                          Magistrate Judge Michael R. Merz
                              :

JEWELERS MUTUAL INSURANCE
 COMPANY,

      Defendant.    :

## ORDER WITHDRAWING REFERENCE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

In the interest of judicial economy, Preliminary Pretrial Conference Order (Doc. No. 7) is amended to withdraw the reference of the pending Motion for Partial Summary (Doc. No. 27) from Magistrate Judge Michael R. Merz.

September 18, 2012.                              **\*s/THOMAS M. ROSE**

                                                           Thomas M. Rose
                                                    United States District Judge