UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHN STAFFORD, et al.,

   Plaintiffs,

-v-

JEWELERS MUTUAL INSURANCE CO.,

   Defendant.

Case No. 3:12-cv-050

Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

ORDER WITHDRAWING REFERENCE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

  In the interest of judicial economy, Preliminary Pretrial Conference Order (Doc. #27) is amended to withdraw the reference of Plaintiff's pending Motion for Leave To File Amended Complaint (Doc. #29) from Magistrate Judge Michael R. Merz.

  **DONE and ORDERED** in Dayton, Ohio this Tenth Day of October, 2012.

                s/Thomas M. Rose

                _____
                THOMAS M. ROSE
                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record