# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOHN STAFFORD, et al.,

       Plaintiffs,      :      Case No. 3:12-cv-050

                                            District Judge Thomas M. Rose
     -vs-                               Magistrate Judge Michael R. Merz
                                  :

JEWELERS MUTUAL INSURANCE
 COMPANY,

       Defendant.      :

## ORDER QUASHING SUBPOENAS

On Motion of the Defendant (Doc. No. 63) and exclusively on the following basis, the subpoenas issued herein to Howard Randell and David Eidelberg are QUASHED: the subpoenas are issued from this Court to persons outside the territorial jurisdiction of this Court and beyond its power to compel obedience. The Magistrate Judge implies no opinion on the other bases asserted for quashing the subpoenas.

February 14, 2013.

                                                               s/ *Michael R. Merz*
                                                      United States Magistrate Judge